PHILLIP A. TALBERT
Acting United States Attorney
KYLE R. RATLIFF
Special Assistant U.S. Attorney
412 TW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Citation No. 6553253 |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION AND |
| | ) | PROPOSED ORDER FOR DISMISSAL |
| v. | ) | |
| | ) | |
| JULIE A. WORD, | ) | |
| | ) | |
| Defendant | ) | |

The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Kyle R. Ratliff, Special Assistant United States Attorney, hereby moves to dismiss Citation Number 6553253 against JULIE A. WORD without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: June 19, 2017    Respectfully Submitted,
                         Phillip A. Talbert
                         Acting United States Attorney

                 By:     *Kyle R. Ratliff* (signature)
                         Kyle R. Ratliff
                         Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Citation Number 6553253 against JULIE A. WORD be dismissed without prejudice, in the interest of justice.

Dated:    June 21, 2017

          */s/ Jennifer L. Thurston*
HON. JENNIFER L. THURSTON
United States Magistrate Judge